UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FAMIAN CORNADO,
                                    Plaintiff,

                    vs                                        6:09-CV-1202

NYPD; JOHN DOE, Badge # 1320, Officer,
23rd PCT.; CHARLES BROWN, # 949, Police
Officer; and TEREL ANDERSON, # 03814

                                    Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

APPEARANCES:

FAMIAN CORNADO
Plaintiff, pro se
07-R-2873
Mohawk Correctional Facility
P.O. Box 8451
Rome, NY 13440

DAVID N. HURD
United States District Judge

## DECISION and ORDER

        Plaintiff, Famian Cornado, commenced this civil rights action in October 2009,

pursuant to 42 U.S.C. § 1983.  By Report-Recommendation dated December 7, 2009, the

Honorable George H. Lowe, United States Magistrate Judge, recommended that plaintiff file

an amended complaint within thirty days of the filing date of any order adopting the Report

and Recommendation; that if plaintiff fails to timely fine an amended complaint, the Clerk

shall enter judgment dismissing this case without prejudice without further order of the court;

and that upon the filing of an amended complaint, the file be returned for further review.

Plaintiff filed a document which has been construed as an objection to the Report and

Recommendation.  It noted that the plaintiff has already filed an amended complaint as recommended in the Report-Recommendation.

Based upon a careful review of the file, including plaintiff's objections, and the recommendations of  Magistrate Judge Lowe, the Report-Recommendation is accepted and adopted in all respects.  <u>See</u> 28 U.S.C. 636(b)(1).

Accordingly, in light of  the fact that plaintiff has filed an amended complaint, it is

ORDERED that the file shall be returned to the Magistrate Judge for review of the amended complaint, and any further procedures deemed appropriate by the Magistrate Judge.

IT IS SO ORDERED.

_____
United States District Judge

Dated:   January 25, 2010
         Utica, New York.